IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, upon the relative and for the use of the TENNESSEE VALLEY AUTHORITY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| 1.31 ACRES OF LAND, MORE OR LESS, IN LAUDERDALE COUNTY, TENNESSEE, et al., | ) ) ) ) |
| Defendants. | ) |

No. 12-2845-STA-tmp

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge' Report and Recommendation as to what further proceedings are necessary to bring this matter to a conclusion (D.E. # 22) filed on February 28, 2013.  Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before March 15, 2013. No party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the Court hereby **ADOPTS** the Magistrate Judge's Report.  Accordingly, the deadline for Plaintiff's motion for summary judgment and motion regarding the proper disbursement of funds is April 1, 2013.  Plaintiff shall notify all other parties that pursuant to Local Rule 56.1(b), non-moving parties have 28 days after Plaintiff's motions are served in which to file a written response to the motions.

Because the Court does not have addresses for the named Defendants (other than the IRS, which is the only Defendant that has appeared in the case), and to ensure that Defendants are notified of this briefing schedule, Plaintiff is ordered to serve the named Defendants with a copy of this Court order.

**IT IS SO ORDERED.**

        **s/ S. Thomas Anderson**
        S. THOMAS ANDERSON
        UNITED STATES DISTRICT JUDGE

        Date: March 18, 2013