UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**UNITED STATES OF AMERICA**
upon the relation and for
the use of the TENNESSEE
VALLEY AUTHORITY

v.

1.31 ACRES OF LAND, MORE OR LESS,
IN LAUDERDALE COUNTY, TENNESSEE, and
ANITA SUE WILLIAMS, DAVID A. WILLIAMS,
GUILFORD JEROME WILLIAMS, III, JEROME
WILLIAMS & SONS, INC., (d/b/a, WILIAMS & SONS),
SANDRA WILLIAMS BAILEY, BANK OF RIPLEY,
STATE OF TENNESSEE, TENNESSEE DEPARTMENT OF
LABOR AND WORKFORCE DEVELOPMENT, STATE OF
TENNESSEE, TENNESSEE DEPARTMENT OF REVENUE,
UNITED STATES OF AMERICA, DEPARTMENT OF THE
TREASURY, INTERNAL REVENUE SERVICE

**JUDGMENT IN A CIVIL CASE**

CASE NO: 12-2845-A

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Judgment And Order Disbursing Funds entered on August 16, 2013, this cause is hereby dismissed.


APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 8/19/2013

                                        THOMAS M. GOULD
                                        Clerk of Court


                                        s/Terry L. Haley
                                        (By)  Deputy Clerk